# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DIANA KWIECINSKI, | |
| Plaintiff. | Case No. 21-cv-06117 |
| v. | Judge John F. Kness |
| HARTFORD LIFE & ACCIDENT INSURANCE COMPANY, | Magistrate Judge Gabriel Fuentes |
| Defendant. | |

## STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff, DIANA KWIECINSKI, through her undersigned counsel, hereby stipulates that, pursuant to a settlement reached by and between the parties, this action be dismissed with prejudice and with the parties bearing their own costs, expenses, and attorneys' fees.

Dated: March 14, 2022

Respectfully submitted,

*/s/ William Reynolds*
One of Plaintiff's Attorneys

William T. Reynolds
Matthew T. Maloney
DeBofsky Sherman Casciari Reynolds, P.C.
150 North Wacker Dr., Suite 1925
Chicago, IL 60606
(312) 235-4880 (phone)

2

## CERTIFICATE OF SERVICE

    I hereby certify that on March 14, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all attorneys of record.

                                                    */s/ William Reynolds*
                                                    Attorney for Plaintiff